# In the United States Court of Federal Claims

No. 20-438 C
(Filed: February 11, 2021)

```
* * * * * * * * * * * * * * * * * * * *
                                       *
LESLIE BOYER,                          *
                                       *
                    Plaintiff,         *
                                       *
        v.                             *
                                       *
THE UNITED STATES,                     *
                                       *
                    Defendant.         *
                                       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

As agreed by counsel for the parties, the Court will hold oral argument on the cross-motions for summary judgment on **April 13, 2021, at 10:30 a.m. EDT.** The Court will hold the oral argument via Zoom videoconference. The Court will separately send instructions for joining the videoconference.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge